



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed October 26, 2017**

_____
**United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Jerry Barta | § | Case No. 17-43648-MXM-7 |
| | § | |
| Debtor. | § | |

### Agreed Order on Motion for a Rule 2004 Examination

On this day came on to be considered the Motion of the United States Trustee for a Rule 2004 Examination, and the Court finding that good cause exists to grant the Motion and that the Debtor does not oppose the relief requested, it is therefore,

**ORDERED** that Debtor, Jerry Barta, appear at the Office of United States Trustee, 1100 Commerce Street, Suite 976, Dallas, TX 75242 **on Friday, November 3, 2017 at 10:00 A.M**.

**ORDERED** that Debtor produce the documents listed in Exhibits A and B in the Motion for a Rule 2004 Examination on or before **October 30, 2017 at 4:00 p.m**., at the Offices of the United States Trustee, 1100 Commerce Street, Suite 976, Dallas, Texas 75242.

***END OF ORDER***

Agreed to by

/s/ Seth Crosland (by S. McKitt with Permission)
Seth Crosland
Attorney for Debtor

/s/ Stephen P. McKitt
Stephen P. McKitt
Trial Attorney, Office of the United States Trustee

Order Prepared by:
Stephen P. McKitt, Trial Attorney
United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1073