



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 24, 2018**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Jerry Barta | § § | Case No. 17-43648-MXM-7 |
| Debtor | § | |

### Order on the United States Trustee's Motion to Review Debtors' Transactions with Attorney under 11 U.S.C. § 329

Came on for hearing, the *United States Trustee's Motion to Review Debtors' Transactions with Attorney under 11 U.S.C. § 329* filed in case no. 17-43648 [docket no. 34]. The Court finds that the United States Trustee met his burden under 11 U.S.C. § 329(b) in showing that the $1,000 in fees received by attorney Seth Crosland and DVH Law Group, LLC exceeded the value of legal services provided to the Debtor and that the Motion should be

GRANTED. Accordingly it is hereby:

ORDERED that DVH Law Group, LLC disgorge the $600 it was paid in connection with this case and deposit the sum into the registry of the Court within ten (10) days of the date of entry of this order.

IT IS FURTHER ORDERED that Seth Crosland disgorge the $400 he was paid in this case and deposit the sum into the registry of the Court within ten (10) days of the date of entry of this order.

IT IS FURTHER ORDERED that Seth Crosland and DVH Law Group, LLC furnish evidence of the deposits to the United States Trustee within 30 days of the entry of this order or this matter shall be set for hearing.

***END OF ORDER***

Stephen P. McKitt, Trial Attorney
United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1073
Stephen.Mckitt@usdoj.gov