

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 22, 2019**

**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jerry Barta, | § | Case No. 17-43648-mxm-7 |
| | § | |
| | § | |
| Debtor. | § | Chapter 7 |

## ORDER TO SHOW CAUSE

On January 25, 2018, the Court entered the *Order on the United States Trustee's Motion to Review Debtors' Transactions with Attorney under 11 U.S.C. § 329* (the "***Order***") [ECF 43]. The Order required Seth Crosland to disgorge the $400.00 he was paid in this case and deposit the sum into the Registry of the Court within ten (10) days of the date of entry of the Order. On February 2, 2018, Mr. Crosland deposited the $400.00 (the "***Funds***") he was ordered to disgorge with the Registry of the Court. The Court finds and concludes that it should hold a hearing to determine whether the Funds should be delivered to Mr. Jerry Barta.

1

Therefore, it is therefore **ORDERED** that any party in interest who opposes the delivery of the Funds to Mr. Barta shall appear before the Court at ***501 W. 10th Street, Room 128, Fort Worth, TX 76102, on May 9, 2019 at 11:00 a.m.*** and show cause why the Funds should not be delivered to Mr. Jerry Barta.

### ### END OF ORDER ###